**Exhibit A to the Complaint**

**Location:** Fountain Valley, CA  
**Total Works Infringed:** 81  
**IP Address:** 75.58.225.52  
**ISP:** AT&T U-verse

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 43A5A5371A41AEBDD250328D4BF3FEC056DC13B2 | Blacked | 11/28/2018 20:28:49 | 10/02/2018 | 10/16/2018 | PA0002127785 |
| 2 | 056C78DF7A658DDF50A2394F5E4FA18BCF095426 | Blacked | 11/03/2018 08:31:16 | 11/01/2018 | 11/25/2018 | PA0002136644 |
| 3 | 07A71D8AB8A0645049C16B98A28538E06A009D7B | Vixen | 09/24/2018 20:37:12 | 09/21/2018 | 11/01/2018 | PA0002143417 |
| 4 | 07EC80C56B473DD0771AB7D4A3E905994A87A408 | Blacked | 08/25/2018 18:21:33 | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 5 | 082C43A6A41C30507682EB32F25A418C5223436D | Blacked | 02/09/2018 06:45:43 | 02/04/2018 | 03/01/2018 | PA0002079189 |
| 6 | 0D5FB0229BB896030F25C3B8B468E2B54000B9E1 | Vixen | 11/30/2018 19:47:05 | 11/25/2018 | 12/31/2018 | 17271449713 |
| 7 | 0F35B475E5AA4FFC774BBB038AEDBD8FF112F9E9 | Blacked | 05/18/2017 06:24:55 | 04/15/2017 | 06/15/2017 | PA0002037563 |
| 8 | 0F4CB5BFE31D785D0469C73F83F7CEB7AF0E1F9B | Blacked | 11/16/2017 23:26:03 | 11/06/2017 | 11/27/2017 | PA0002097974 |
| 9 | 13C9573AFC29FB933B701A2EC6625DD88531B6D2 | Vixen | 12/27/2017 03:00:31 | 12/20/2017 | 01/15/2018 | PA0002099694 |
| 10 | 1562051A82BF38DF5A876319EF81058CD3571E80 | Tushy | 04/14/2018 09:00:22 | 04/11/2018 | 05/23/2018 | PA0002101305 |
| 11 | 1D2FD532FA5B617A184A7544DBE4E872B1D9D43F | Vixen | 01/30/2018 03:36:47 | 01/24/2018 | 03/02/2018 | PA0002104759 |
| 12 | 1D652D14E624CF4FE65234E00AB298914C6B5B1B | Vixen | 01/06/2019 03:43:36 | 01/04/2019 | 01/22/2019 | PA0002147681 |
| 13 | 1E30CD089A57F0DDC28EA43870B6C93F25DC8498 | Blacked Raw | 09/16/2018 16:37:55 | 09/14/2018 | 11/01/2018 | PA0002143423 |
| 14 | 1ED7894C730F91D284F9451A87ECDC8F5187BF50 | Blacked Raw | 06/18/2018 04:11:50 | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 15 | 21951C0152C97AA9DBC4C83C8EECB180CD69A13E | Blacked | 04/07/2018 09:35:03 | 04/05/2018 | 04/17/2018 | PA0002116752 |
| 16 | 21E262CE5356082B3CDE917564BE91B011CB1EF7 | Blacked Raw | 12/27/2017 03:05:13 | 12/18/2017 | 01/23/2018 | PA0002101753 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 2541261990122381387D2C03CDA34FF74B4EDE3E | Blacked Raw | 11/01/2018 17:18:57 | 10/29/2018 | 12/10/2018 | PA0002145837 |
| 18 | 259A2C3790345E1C8DE8609B1D36987D0AA87E7C | Blacked | 10/13/2018 08:13:21 | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 19 | 28F94F30A942C1A433243BEF5077E036528DDAF8 | Blacked Raw | 12/27/2017 03:55:00 | 11/08/2017 | 12/04/2017 | PA0002097993 |
| 20 | 2B1BABC882B4895DC5408D9D21BB65F93F3BEEC8 | Blacked Raw | 08/13/2018 02:54:58 | 08/10/2018 | 09/05/2018 | PA0002135668 |
| 21 | 2BD29F8D69BA9A390B2B1A0C4F97FE6089BD9E44 | Tushy | 05/13/2018 18:01:48 | 01/11/2018 | 01/24/2018 | PA0002101766 |
| 22 | 2D77D2EA1B7AC46CDE6BA255AAEE31107E027A08 | Tushy | 05/30/2018 01:20:41 | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 23 | 2F73A144B780B7D386C021B9DFCA2C674931DEE8 | Blacked | 04/14/2018 09:46:33 | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 24 | 34B848F2164ECCC533C071B9A0E3B0F3D05A3518 | Blacked Raw | 04/29/2018 06:35:22 | 03/03/2018 | 04/17/2018 | PA0002116063 |
| 25 | 3896D6926D371A520A42BA151B77F163A2BB5CB9 | Blacked Raw | 12/10/2018 07:20:26 | 12/03/2018 | 12/31/2018 | 17271449523 |
| 26 | 3A3DD7C8DBB7E5B223555D26F27B64B7090A3E57 | Blacked | 12/28/2018 18:41:10 | 12/26/2018 | 02/01/2019 | 17380124038 |
| 27 | 3B85FC3C1D0E4C89AF3E3054A24E25E64D6AABE8 | Blacked | 10/28/2018 05:21:02 | 10/27/2018 | 12/10/2018 | PA0002145828 |
| 28 | 3E4D1B5168D11A249867DAEBCF3B524396BF2FF4 | Blacked Raw | 06/11/2018 12:04:54 | 03/08/2018 | 04/17/2018 | PA0002116094 |
| 29 | 435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB | Blacked | 12/07/2017 23:19:30 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 30 | 48FC851FEDE158FA68466F2C2EC15D57A24CE18A | Blacked Raw | 07/05/2018 04:10:46 | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 31 | 4D82ADD27F7568F6D59A64F777E43A27BD64652E | Tushy | 12/11/2017 20:06:37 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 32 | 53DD9DA9E0B24B4961098D0683C348309445E260 | Vixen | 12/30/2018 23:20:03 | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 33 | 5D16EC2FE6C9F9FA9F5476C90525208D413532F1 | Blacked | 08/20/2018 01:07:06 | 06/29/2018 | 07/26/2018 | PA0002112160 |
| 34 | 5EBAA857DB4CB94E7B579561C0FBE666094E0A10 | Blacked Raw | 06/28/2018 19:45:56 | 06/16/2018 | 07/14/2018 | PA0002128317 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 6049B9E133633A9FF7E90B0828766D3BC834C810 | Tushy | 12/23/2018 18:48:03 | 12/17/2018 | 02/01/2019 | 17380123621 |
| 36 | 6671533EE8277923DF4254534389F8630C5BF901 | Blacked | 12/11/2017 07:39:10 | 11/16/2017 | 11/21/2017 | PA0002098042 |
| 37 | 67D95FCED9B00C108A63588568A4B4CC34737EE5 | Blacked | 07/13/2018 05:45:16 | 07/09/2018 | 08/07/2018 | PA0002131818 |
| 38 | 69BA9C8EC6B3C2D9FB6CD545B85991237BC901C2 | Blacked Raw | 10/24/2018 23:15:51 | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 39 | 7187921EA9FCD6A45613346F742B048B53088923 | Tushy | 09/24/2018 19:05:18 | 09/18/2018 | 10/16/2018 | PA0002127779 |
| 40 | 7ABEF2110AAB24D772A31B91D994EE0E2052E873 | Blacked | 06/17/2018 06:10:22 | 06/14/2018 | 07/14/2018 | PA0002130452 |
| 41 | 7C627BDADFCB1575B894A71C66ADFFB95C6EFAFE | Blacked Raw | 11/04/2018 11:29:43 | 10/24/2018 | 11/25/2018 | PA0002137640 |
| 42 | 7D276E9E1CEA48D7D41A96C29DEBB48039BE9996 | Blacked Raw | 12/13/2017 22:04:29 | 12/13/2017 | 01/02/2018 | PA0002097434 |
| 43 | 83E5CC90978D29577233ED709F7716D44CA1DC25 | Blacked | 06/18/2018 04:34:53 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 44 | 8C181C914B032A03802591000ADE134AFBBEFB70 | Blacked | 12/16/2018 08:13:53 | 12/11/2018 | 01/22/2019 | PA0002147907 |
| 45 | 8F914AD5D985A4614B945A9CBAEA70996038A99E | Vixen | 08/25/2018 17:10:22 | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 46 | 96AEF5CCCC986CCBC629B6F97649BCEBBC0586B2 | Blacked | 04/26/2018 19:50:16 | 04/25/2018 | 06/19/2018 | PA0002126642 |
| 47 | 9A00DC56773A2DAF8A9BFE17C2984A51122FB78E | Blacked | 09/24/2018 20:46:14 | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 48 | 9C643ACA38FD9D470613CE49A612A20A07950A43 | Vixen | 05/10/2018 12:51:13 | 04/29/2018 | 06/19/2018 | PA0002126677 |
| 49 | 9FE743BAF7076C7B1416416DCB8787E922B10AE8 | Blacked | 10/24/2018 22:04:02 | 10/22/2018 | 11/25/2018 | PA0002136653 |
| 50 | 9FF80B2839A26436102D5F29181B6B608EAAC14F | Blacked | 07/16/2018 04:00:35 | 07/14/2018 | 08/07/2018 | PA0002131895 |
| 51 | A13372D383B6487823771167C3024FF64D0BAF6F | Vixen | 12/16/2018 07:58:15 | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 52 | AA9D6ED52E9FECEA19124A8F7FE433617F801994 | Blacked | 01/11/2019 10:59:52 | 01/10/2019 | 02/01/2019 | 17380123541 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 11/17/2017 00:52:31 | 09/07/2017 | 09/15/2017 | PA0002052840 |
| 54 | B13AE94A241C9D4B473BBB3C26F761F76F55D935 | Tushy | 01/07/2019 03:02:07 | 01/06/2019 | 01/22/2019 | PA0002147897 |
| 55 | B378CAEB9DFA80E256C29E523B89DDF82169A9A8 | Vixen | 11/11/2018 02:24:52 | 07/08/2017 | 08/17/2017 | PA0002077664 |
| 56 | B4CA9DE725804650188413CE5326FF8FD94AE9ED | Tushy | 09/30/2018 07:04:49 | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 57 | B80966EB25CE62DA272DA719ED0EFEF0C671D237 | Vixen | 09/07/2018 20:48:14 | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 58 | B9E072232E0539EEBAFF9F6141443FE228C52360 | Blacked | 04/14/2018 14:36:48 | 12/21/2017 | 01/15/2018 | PA0002070941 |
| 59 | BA0E7961B6DDEED2714E67193B52FB44D6B94F83 | Vixen | 08/27/2017 21:44:31 | 08/02/2017 | 08/17/2017 | PA0002077667 |
| 60 | BC8ACAF0DC42FB3CEEDEB0DC51C20206FDBB20E4 | Blacked Raw | 07/17/2018 18:39:27 | 07/11/2018 | 08/07/2018 | PA0002131894 |
| 61 | C2CD33294A80E9042A3D6D2FC6C52861821EFA18 | Blacked Raw | 07/17/2018 09:27:57 | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 62 | C4A7D13B27AB318405EC3F9D62C8D9A877BB9533 | Blacked | 07/05/2018 03:24:36 | 07/04/2018 | 08/07/2018 | PA0002131913 |
| 63 | C8A15C5271C856A5277B3514A0B418791F3DC7C8 | Blacked Raw | 11/19/2017 18:04:59 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 64 | CA0560D2CC3CE0546C8A38C8D7A55089AE430A8E | Blacked | 04/30/2018 02:44:26 | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 65 | D31CBC39E31EA20141EB847E24725F06CFC004AB | Blacked | 05/14/2017 10:38:50 | 04/05/2017 | 06/05/2017 | PA0002052859 |
| 66 | D61D660EFFF062A22636BD566F09DA817B3DCF26 | Blacked Raw | 05/13/2018 16:36:17 | 03/18/2018 | 04/17/2018 | PA0002116068 |
| 67 | D75C4212C94EACD789D6AA48F9EDD3AEE3170037 | Vixen | 11/11/2018 02:51:06 | 10/21/2017 | 11/30/2017 | PA0002098006 |
| 68 | D9261D3722C161272619A45A80E6F849B0BC63B5 | Blacked Raw | 11/19/2018 21:57:05 | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 69 | E0805C7C54BD9B9777F151B670B78A4D50290951 | Blacked | 05/18/2018 17:55:03 | 05/10/2018 | 05/24/2018 | PA0002101376 |
| 70 | E10259BB09AFE9410D944641E94048900ADEF0F2 | Blacked | 01/22/2018 22:14:26 | 12/11/2017 | 01/04/2018 | PA0002097429 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 71 | E7A489193A7EE84D36ED8D5D2AE223CA262459E1 | Blacked | 11/28/2018 20:28:24 | 11/26/2018 | 12/18/2018 | PA0002141922 |
| 72 | ECFEC3C1CEA5BACDED5052AB2E57DEAAD83FFF39 | Blacked Raw | 01/14/2019 07:18:32 | 12/13/2018 | 02/01/2019 | 17380124198 |
| 73 | EE4D29BA667E69950AA31279F7FA846BF696BF9D | Blacked | 09/24/2018 21:36:52 | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 74 | EEAD84B3A3A940047821AAE74421D27FB674DB54 | Blacked Raw | 02/02/2018 12:28:44 | 02/01/2018 | 02/20/2018 | PA0002104206 |
| 75 | EFDB886D8D69B8D7CC31153066C52424FA716283 | Vixen | 07/12/2018 18:20:45 | 06/23/2018 | 07/26/2018 | PA0002112155 |
| 76 | F058A6FF1E23261D8DEF41E92B8897C1E62EF4E2 | Blacked | 01/16/2018 16:39:53 | 10/22/2017 | 11/21/2017 | PA0002063627 |
| 77 | F7479DF34AAC4301BFEEACE6A3872B78BEB7F9B5 | Blacked | 08/02/2018 21:26:57 | 07/29/2018 | 09/05/2018 | PA0002135679 |
| 78 | FB7E3EA3B9E083499E761482A6C6D7DFDB749555 | Vixen | 10/08/2018 01:52:54 | 10/06/2018 | 11/01/2018 | PA0002141493 |
| 79 | FBB1E3387B5D032B30B9137E05F516E696DC5CC5 | Vixen | 11/15/2018 10:27:40 | 11/10/2018 | 11/25/2018 | PA0002136725 |
| 80 | FCF2223C2AFD2901C1AC8C9EA95467B555E65E1E | Vixen | 01/14/2019 22:12:34 | 01/14/2019 | 02/01/2019 | 17380123391 |
| 81 | FD302EB7A94FE59311ACBF3DD2E71DE4E539FFF6 | Vixen | 09/04/2018 16:21:31 | 09/01/2018 | 11/01/2018 | PA0002143431 |