Steven C. Vondran, [SBN 232377]
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
One Sansome Street, Suite 3500
San Francisco, California 94104
Telephone: (877) 276-5084
Facsimile: (888) 551-2252
E-mail: steve@vondranlegal.com

*Attorneys for Defendant JOHN DOE subscriber ID: 75.58.225.52*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC., a California limited liability company<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE known as IP address 75.58.225.52; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 8:19-cv-00334<br><br>Assigned to Hon. Judge Terry J. Hatter<br><br>~~[proposed]~~ **ORDER FOR PROTECTIVE ORDER**<br><br>**Hearing**<br>Courtroom: 9B<br>Hearing Date: June 3rd, 2019<br>Hearing Time: "UNDER SUBMISSION" |

## ~~[PROPOSED]~~ ORDER FOR A PROTECTIVE ORDER

Having review the memorandum of points and authorities and any arguments presented by the parties, pursuant to F.R.C.P. Rule 26 the Court hereby ORDERS that:

> "Plaintiff shall not disclose defendant's name, address, telephone number, email, social media username, or any other personally identifying information ("PII"), other than defendant's IP address, that it may now know or may subsequently learn. All documents filed with the Court, including defendant's personally identifying information ("PII"), apart from his or her IP address, shall be filed under seal, with all such information redacted on the public docket, unless and until the Court orders otherwise and only after defendant has had an opportunity to challenge the disclosure of any identifying information."

**DEFINITION**

"*Personally Identifiable Information*" or "*PII*" means any information about Defendant, including education, financial background, employment history, name, address, email, phone number, email address, physical address, date of birth, and other information which may be used to distinguish or trace an individual's identity.

IT IS ORDERED

Dated:   June 7, 2019



_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
MAGISTRATE