Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
**Law Offices of Lincoln Bandlow, P.C.**
1801 Century Park East, Suite 2400
Los Angeles, CA  90067
Phone: (310) 556-9680
Fax: (310) 861-5550

Attorney for Plaintiff
Strike 3 Holdings, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>              Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 75.58.225.52,<br><br>              Defendant. | Case Number: 8:19-cv-00334-TJH-SP<br><br>**PLAINTIFF STRIKE 3 HOLDINGS, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIM**<br><br>Date:     December 9, 2019<br>Time:    UNDER SUBMISSION<br>Place:    Courtroom #9B, 9th Floor<br>Judge:   Hon. Terry J. Hatter |

TO: DEFENDANT AND HIS/HER COUNSEL OF RECORD:

PLEASE TAKE NOTICE that before the Honorable Terry J. Hatter in courtroom 9B, Plaintiff Strike 3 Holdings, LLC ("Strike 3") will and hereby does move the Court pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss Defendant's counterclaim for a declaration of non-infringement of copyright.[1]

This Motion is based upon this Notice of Motion, the attached Memorandum of Points and Authorities, and all pleadings and papers on file herein, and such oral argument as may be presented at the hearing on this Motion.

---

[1] Pursuant to the Court's Local Rules, the Motion will be taken under submission unless the parties are otherwise noticed by the Court.

i

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on October 29, 2019 and in subsequent correspondence.

Respectfully submitted,

Dated: November 7, 2019  **Law Offices of Lincoln Bandlow, P.C.**

By: */s/Lincoln D. Bandlow*
Lincoln D. Bandlow

Attorneys for Plaintiff
Strike 3 Holdings, LLC