# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 75.58.225.52,<br><br>        Defendant. | Case No.: 8:19-cv-00334-TJH-SP<br><br>**[PROPOSED] ORDER ON PLAINTIFF STRIKE 3 HOLDINGS, LLC'S MOTION TO DISMISS COUNTERCLAIM** |

**THIS CAUSE** came before the Court upon Plaintiff Strike 3 Holdings, LLC's Motion to Dismiss Counterclaim**,** and the Court being duly advised does hereby:

**FIND, ORDER AND ADJUDGE:**

Defendant's Counterclaim to First Amended Complaint by John Doe Defendant Subscriber Assigned IP Address 75.58.225.52 for a Declaratory Judgment of Non-Infringement of Copyright [Dkt. No. 28] is dismissed.

**IT IS SO ORDERED**.

Dated:_____     By:_____
**United States District Judge**
Hon. Terry J. Hatter